UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARTURO RODRIGUEZ,<br><br>Defendant. | Case Nos.:  19CR1513-JLS<br>22CV0005-JLS<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO WITHDRAW PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2255**<br><br>**[ECF No. 57]** |

Good cause appearing, Defendant's motion to withdraw his Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2255 is **Granted**.  The Clerk's Office shall enter judgment accordingly.

IT IS SO ORDERED.

Dated:  June 17, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge